

STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

TRACY A. HINO
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone:     541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR00-00269SOM |
| Plaintiff, ) | INDICTMENT |
| vs. ) | 21 U.S.C. §§ 952(a), 960(a)(1), 960(b)(2)(H), 841(a)(1), and 841(b)(1)(B) |
| ROGELIO PAGUD ILAR, ) | |
| Defendant. ) | |

INDICTMENT

COUNT 1

The Grand Jury charges that:

On or about June 13, 2000, within the District of Hawaii, ROGELIO PAGUD ILAR, did knowingly and intentionally import into the United States from a place outside thereof, five (5) grams or more of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 952(a), 960(a)(1), and 960(b)(2)(H).

## COUNT 2

The Grand Jury further charges that:

On or about June 13, 2000, within the District of Hawaii, ROGELIO PAGUD ILAR, did knowingly and intentionally possess with intent to distribute, five (5) grams or more of methamphetamine, a Schedule II controlled substance,

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

DATED: 28 June, 2000 at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

_____
STEVEN S. ALM
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
TRACY A. HINO
Assistant U.S. Attorney

United States v. Rogelio Pagud Ilar
"Indictment"